CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 0 4 2006
JOHN F. CORCORAN, CLERK
BY /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| VA TIMBERLINE, LLC, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:06-cv-00026 |
| | ) | |
| APPALACHIAN POWER COMPANY | ) | ORDER |
| and | ) | |
| FRANKLIN REAL ESTATE | ) | |
| COMPANY, | ) | |
| | ) | By: Hon. James C. Turk |
| DEFENDANTS. | ) | Senior United States District Court Judge |

## ORDER

The Defendants filed a demurrer before the above-captioned matter was removed to this court. Demurrers have been abolished by rule 7(c) of the Federal Rules of Civil Procedure; therefore the court construes the Defendants' demurrer as a motion to dismiss pursuant to Rule 12(b)(6).

Because the court cannot conclude that the Plaintiff's pleading fails to state a claim upon which relief can be granted, the Defendants' motion to dismiss is hereby **DENIED**. The Defendant shall have 21 days to file a responsive pleading.

The Clerk of court is directed to send certified copies of this Order to all parties of record.

ENTER: This 4th day of December, 2006.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE

1